989 F.2d 488
 Presutti (Jesse), Schmitt (Bernard)
v.
Colt Industries, Inc., Colt Industries Operating Corp.
Formerly Crucible Inc., Crucible Severance Plan for
Non-Union Salaried Employees, Colt Industries Operation
Corp. Severance Plan for Non-Union Salaried Employees,
Coltec Industries, Inc.; Beatty (William), Patten (Jay),
Goempel (John), Davelli (Joseph), Seaman (Joseph), Gray
(Frank), Dequittner (Anthony), Vlah (Robert), Frazier
(David), Shaulis (James), Berneburg (Clarence) v.
 NOS. 92-3329, 92-3330
 United States Court of Appeals,
Third Circuit.
 Feb 05, 1993
 
 Appeal From: W.D.Pa.,
 Mencer, J.
 
 
 1
 AFFIRMED.